## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Talib Bethel                                        CHAPTER 13

                                Debtor(s)

                                                           BKY. NO. 23-13392 AMC


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on
the master mailing list.


                                        Respectfully submitted,


                                        /s/ **Mark A. Cronin**
                                        Mark Cronin
                                        14 Nov 2023, 15:55:05, EST


                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322

Document ID: 0efd37a17709646023ee2ab845cbe30a6da6b205554754dc3451b8ecfdb7f55c