Certificate Number: 12433-PAE-DE-038092186

Bankruptcy Case Number: 23-13392



12433-PAE-DE-038092186

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 11, 2024, at 9:45 o'clock PM EST, Talib Bethel completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 12, 2024              By:   /s/Lisa Susoev

                                      Name:  Lisa Susoev

                                      Title: Teacher