IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Talib Bethel                          : Case No. 23-13392-amc

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
NATIONSTAR MORTGAGE LLC
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

<u>/s/ David M. Offen</u>
David M. Offen Esquire
Attorney for Debtor

Dated: February 8, 2024

A copy of this Answer is being served on MARK A. CRONIN, Esquire and the Chapter 13 Trustee.