UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Talib Bethel | Chapter 13<br>Bankruptcy No.23-13392-AMC |
| 　　　　　Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 17th day of April, 2024, by first class mail upon those listed below:

Talib Bethel
123 N Brandywine Ave
Coatesville, PA  19320

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQUIRE
7614 ALGON AVENUE
PHILADELPHIA, PA  19111-3320

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristen Gliem*
　　　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee