United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 23-13392-amc

Talib Bethel                                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                 User: admin                                               Page 1 of 2

Date Rcvd: May 01, 2024                       Form ID: pdf900                                   Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Talib Bethel, 123 N Brandywine Ave, Coatesville, PA 19320-4463 |
| 14831452 | + | Nationstar Mortgage LLC, C/O Mark A. Cronin, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 02 2024 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 02 2024 02:04:35 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14846830 | | Email/Text: nsm_bk_notices@mrcooper.com | May 02 2024 00:57:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14829418 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 02 2024 00:57:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024                                       Signature:            /s/Gustava Winters

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: May 01, 2024

Form ID: pdf900

Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:**

**Name**                              **Email Address**

DAVID M. OFFEN

on behalf of Debtor Talib Bethel dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON

on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Talib Bethel | CHAPTER 13 |
| Debtor(s) | |
| Nationstar Mortgage LLC | |
| Movant | |
| vs. | NO. 23-13392 AMC |
| Talib Bethel | |
| Debtor(s) | |
| Scott F. Waterman | 11 U.S.C. Section 362 |
| Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      As of  April 4, 2024, the post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$7,885.55.** Post-petition funds received after April 4, 2024, will be applied per the terms of this stipulation as outlined here. The arrearage breaks down as follows;

Post-Petition Payments:  December 2023 through April 2024 in the amount of $1,577.11/month
**Total Post-Petition Arrears        $7,885.55**

2.      Debtor shall cure said arrearages in the following manner:

a). Within fourteen (14) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$7,885.55.**

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$7,885.55** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3.      Beginning with the payment due May 2024 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,577.11  (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4.      Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.      In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice.  If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6.      If the case is converted to Chapter 7, Movant  shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

Date:    April 4, 2024

                                        **/s/ Denise Carlon, Esquire**
                                         Denise Carlon, Esquire
                                         Attorney for Movant


Date: 4/22/2024                         */s/ David M. Offen, Esquire*
                                         David M. Offen Esq.
                                         Attorney for Debtor(s)


Date: 4/23/2024                         */s/ Ann Swartz, Esquire Staff Attorney for*
                                         Scott F. Waterman, Esquire
                                         Chapter 13 Trustee


Approved by the Court this 1st  day of ____May_____, 2024.  However, the court retains discretion regarding entry of any further order.

                                         _____
                                         Bankruptcy Judge
                                         Ashely M. Chan