| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-13392-AMC

| | |
|---|---|
| Talib Bethel | Petition Filed Date: 11/08/2023 |
| 123 N Brandywine Ave | 341 Hearing Date: 01/12/2024 |
| Coatesville  PA    19320 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/08/2023 | $700.00 | | 01/09/2024 | $700.00 | | 02/09/2024 | $600.00 | |
| 03/11/2024 | $700.00 | | 06/10/2024 | $1,400.00 | | 07/19/2024 | $1,300.00 | |

**Total Receipts for the Period: $5,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $3,239.52 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $4,128.54 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $735.21 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $3,643.93 | $0.00 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $938.33 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $7,795.72 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $1,776.41 | $0.00 | $0.00 |
| 8 | EMERGENCY CARE/PHYSICIAN ASSOC OF PA P(<br>»» 006 | Unsecured Creditors | $1,200.00 | $0.00 | $0.00 |
| 9 | ALLY BANK aka ALLY FINANCIAL<br>»» 007 | Unsecured Creditors | $11,314.75 | $0.00 | $0.00 |
| 10 | NATIONSTAR MORTGAGE LLC<br>»» 08A | Mortgage Arrears | $18,432.13 | $0.00 | $0.00 |
| 11 | NATIONSTAR MORTGAGE LLC<br>»» 08B | Mortgage Arrears | $7,885.55 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13392-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,950.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($740.00) |
| Paid to Trustee: | $595.00 | Total Plan Base: | $23,060.00 |
| Funds on Hand: | $5,355.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.