Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-13392-AMC**

Talib Bethel  
123 N Brandywine Ave  
Coatesville  PA    19320

Petition Filed Date: 11/08/2023  
341 Hearing Date: 01/12/2024  
Confirmation Date: 09/19/2024

Case Status: Dismissed After Confirmation on 5/ 2/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $350.00 | | 08/06/2024 | $200.00 | | 09/17/2024 | $350.00 | |

**Total Receipts for the Period:** $900.00    **Amount Refunded to Debtor Since Filing:** $21.00    **Total Receipts Since Filing:** $6,300.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,649.00 | $5,649.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $4,128.54 | $0.00 | $4,128.54 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $735.21 | $0.00 | $735.21 |
| 4 | PA DEPARTMENT OF REVENUE »» 04P | Priority Crediors | $3,643.93 | $0.00 | $3,643.93 |
| 5 | PA DEPARTMENT OF REVENUE »» 04U | Unsecured Creditors | $938.33 | $0.00 | $938.33 |
| 6 | UNITED STATES TREASURY (IRS) »» 05P | Priority Crediors | $7,795.72 | $0.00 | $7,795.72 |
| 7 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $1,776.41 | $0.00 | $1,776.41 |
| 8 | EMERGENCY CARE/PHYSICIAN ASSOC OF PA PC »» 006 | Unsecured Creditors | $1,200.00 | $0.00 | $1,200.00 |
| 9 | ALLY FINANCIAL INC aka ALLY BANK »» 007 | Unsecured Creditors | $11,314.75 | $0.00 | $11,314.75 |
| 10 | RUSHMORE SERVICING »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHESTER COUNTY TCB | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | REGINA FOSTER CARTER | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | NAVIENT SOLUTIONS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Talib Bethel | Debtor Refunds | $21.00 | $21.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,300.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $5,670.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $630.00 | Total Plan Base: | $23,060.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.